Mark R. Thierman, NSB 8285
THIERMAN LAW FIRM
7287 Lakeside Drive
Reno, NV 89511
Telephone (775) 284-1500

Leon Greenberg, NSB 8094
A Professional Corporation
633 South 4th Street – Suite 4
Las Vegas, Nevada 89101
Telephone (702) 383-6085

Malik W. Ahmad, Esq. NSB # 10305
Law Office of Malik W. Ahmad
City Center West, Suite 108
7201 West Lake Mead Blvd.
Las Vegas, Nevada 89128
(702) 270-9100

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

------------------------------X
ROY LEE ADDINGTON and CHARELL WILLIAMS, individually and on behalf of all others similarly situated,

              Plaintiffs,

v.

CONSOLIDATED REALTY, INC.,
CONSOLIDATED RESORTS, INC.,
SOLEIL LV, LLC.,

              Defendants.
------------------------------X

**Docket # CV-S-08-0354-KJD(PAL)**

**ORDER GRANTING PLAINTIFFS' MOTION TO BE RELIEVED AS COUNSEL (DOC. NO. 124)**

This matter, having come before the Court on the motion of plaintiffs' attorneys to be relieved as counsel for certain plaintiffs (Doc. No. 124), and there being no opposition to such motion, and after due deliberation:

///

1

1  IT IS HEREBY ORDERED that plaintiffs' Motion to Be Relieved as
2  Counsel for all persons listed on Exhibit "A" attached hereto is
3  GRANTED. IT IS FURTHER ORDERED that any further pleadings will be
4  served on those persons at the address listed.

5  **IT IS SO ORDERED**

7  DATED: FEBRUARY 4, 2011

   _____
   KENT J. DAWSON
8  UNITED STATES DISTRICT JUDGE

Submitted by:

| | |
|---|---|
| Leon Greenberg, Esq. | Mark R. Thierman, Esq. |
| LEON GREENBERG PROFESSIONAL CORP. | THIERMAN LAW FIRM |
| 633 S. 4th St. Ste 4 | 7287 Lakeside Drive |
| Las Vegas, NV   89101 | Reno, NV 89511 |
| (702)383-6085 | Telephone (775) 284-1500 |
| (702) 385-1827 (fax) | |

Malik W. Ahmad, Esq.
Law Office of Malik W. Ahmad
City Center West, Suite 108
7201 West Lake Mead Blvd.
Las Vegas, Nevada 89128
(702) 270-9100

2

# EXHIBIT "A"

Exhibit A

| First | Last | Address | City | State | Zip |
|---|---|---|---|---|---|
| Evangelina | Ahitow | 4714 Deer Forest Avenue | Las Vegas | NV | 89139 |
| Deneen | Andres | 3096 Amari Avenue | Las Vegas | NV | 89141 |
| Salvador | Anglada | 1080 E Pecos Rd, Suite 1b #255 | Chandler | AZ | 85225-2426 |
| Paul | Arroyo | 1661 Liege Dr. | Henderson | NV | 89012-7244 |
| Thomas | Atkins | Pob 324 | Rowlett | TX | 75030 |
| Alverna | Austin | Pob 751714 | Las Vegas | NV | 89135-1714 |
| Dave | Avery | 5400 Desert Paradise Dr. | Las Vegas | NV | 89130-3673 |
| Paul | Barton | 7576 W. Dewey Drive | Las Vegas | NV | 89113 |
| Sammy | Bassil | 6445 Casada Way #3 | Las Vegas | NV | 89107 |
| Angela | Belchar | 8510 Gagnier Blvd | Las Vegas | NV | 89113-5200 |
| Dan | Belchar | 2409 Wild Ginger Lane | Las Vegas | NV | 89134 |
| Margo | Beverly | 10362 Keystone Pastures St | Las Vegas | NV | 89183-6953 |
| James | Bishop | 3070 S. Nellis Blvd., Apt. 2111 | Las Vegas | NV | 89121-2060 |
| Janice | Bishop | 3070 S. Nellis Blvd., Apt. 2111 | Las Vegas | NV | 89121-2050 |
| Mark | Bishop | 310 Lake Marina Ave. Apt. 210 | New Orleans | LA | 70124-1671 |
| Timothy | Bodus | 1300 N. 20th St. #D2012 | Renton | WA | 98056 |
| James | Boleman | 1353 West 88th Avenue, Apt. D103 | Thornton | CO | 80205-2649 |
| Jeffrey | Britton | 2021 Ramrod # 312 | Henderson | NV | 89014 |
| Kelly | Brown | 2010 Thunder Ridge Cir | Henderson | NV | 89012-3244 |
| Alfred | Buenavida | 4660 Koval Ln, #35b | Las Vegas | NV | 89109-6991 |
| Derrick | Burrough | 8948 Union Gap Rd | Las Vegas | NV | 89123-3019 |
| Mary | Cain | 2158 Waterton Rivers Dr | Henderson | NV | 89044-0114 |
| Douglas | Carlson | 2101 S. Decatur Blvd., # 134 | Las Vegas | NV | 89102 |
| Douglas | Carlson | 3479 Twilight Star | Las Vegas | NV | 89117 |
| Robert | Cartago | 32245 Tocata Dr | Las Vegas | NV | 89146 |
| Behzad | Chavoshian | 1812 Relate Ct | Las Vegas | NV | 89117-6919 |
| Alma | Cheney | 14111 Vance Jackson Rd. Apt. 14105 | San Antonio | TX | 78249-2179 |
| Lawrence | Chernoff | 4675 Monterey Cir, Unit 1 | Las Vegas | NV | 89169-7910 |
| Phillip | Chu | 1804 N Decatur Blvd, #201 | Las Vegas | NV | 89108-2294 |
| Marc | Cipriano | 11253 Vintners Ln | Las Vegas | NV | 89118-6043 |
| Paulette | Clark | 7700 Twisted Pine Ave | Las Vegas | NV | 89131-4778 |
| Terry | Colacino | 5466 Ukiah Cir | Las Vegas | NV | 89118-1940 |
| David | Colt | 3800 S Decatur #300 | Las Vegas | NV | 89109 |
| John | Constantin | 9255 Shellmont Ct. | Las Vegas | NV | 89148 |
| Timothy | Cooper | 8440 S. Las Vegad Blvd., #A116 | Las Vegas | NV | 89123 |
| Barbara | Cordes | 7917 Lovely Pine Pl | Las Vegas | NV | 89143-4405 |
| Ernie | Cummings | 10212 Owls Peak Ct | Las Vegas | NV | 89144-4332 |
| Kirsten | Danner | 4380 Fiore Bella Blvd | Las Vegas | NV | 89135-2447 |
| Lisa | Davy | 1539 Stone Valley Ave | Las Vegas | NV | 89183-6991 |
| Candecoro | Demeo | 3529 Teton Hills St. | Las Vegas | NV | 89147 |
| Patricia | Derleth | 3242 Roesch Blvd., Unit J | Fairfield | OH | 45014 |
| Judith | Disano | 702 Carlitos Ave | N Las Vegas | NV | 89031-7826 |
| Miguel | Dorantes | 4552 Grey Spencer Dr | Las Vegas | NV | 89141-4399 |
| Kenneth | Dorman | 4012 Portage Cove, | Houghton | MI | 49931-0788 |

| | | | | | |
|---|---|---|---|---|---|
| William | Duskey | 9030 S Buffalo Dr | Las Vegas | NV | 89113-6103 |
| Ronald | Eichler | 837 Majestic Oak Street | Las Vegas | NV | 89145 |
| Todd | Epstein | 1012 Willow Tree Dr Unit C | Las Vegas | NV | 89128-3356 |
| Bruno | Espinosa | 11208 Shadow Nook Ct | Las Vegas | NV | 89144-1624 |
| Gitta | Espinosa | 11208 Shadow Nook Ct | Las Vegas | NV | 89144-1624 |
| Warren | Esselstrom | 1908 Desert Falls Ct | Las Vegas | NV | 89128-2733 |
| Sina | Etemadi | 685 Brady Hill Pl | Henderson | NV | 89052 |
| Thomas | Felicetty | 7221 Single Pine Dr | Las Vegas | NV | 89128-3196 |
| Debra | Fraser | POB 777025 | Henderson | NV | 89077 |
| Janice | Fredericks | 10413 Chimney Flat Ct | Las Vegas | NV | 89129-4527 |
| Eduardo | Galavy | 5377 Harvest Breeze Road | Las Vegas | NV | 89118 |
| Hector | Garcia | 2146 Fountain Springs Dr | Henderson | NV | 89074-1576 |
| Janice | Geckler | 2132 Falcon Pointe Ln | Henderson | NV | 89074-1589 |
| Charles | Gentile | 3766 Price Ridge Ct | Las Vegas | NV | 89147-8070 |
| Cindi | Glasgow | 10620 Southern Highlands Pkwy, Suite 110-130 | Las Vegas | NV | 89141-3490 |
| Luciano | Golob | POB 30085 | Las Vegas | NV | 89173-0085 |
| Susan | Gonzalez | 11253 Vintners Ln | Las Vegas | NV | 89138-1503 |
| Shaun | Goodrich | 9401 Warm Waters Avenue | Las Vegas | NV | 89129 |
| Felix | Gracia | 3837 Quail Creek Dr | North Las Vegas | NV | 89032-3103 |
| Stephen | Greer | 46325 Ocotiloo Dr. | Palm Desert | CA | 92260 |
| Terril | Griffin | 8706 Dawn Horton Ave. | Las Vegas | NV | 89178 |
| Ishmael | Guerra | 127 Staten Island Ave | Las Vegas | NV | 89123-7430 |
| Susan | Hall | 1504 Chaparral | Las Vegas | NV | 89117 |
| Susan | Halverson | 10892 Villa Torre St | Las Vegas | NV | 89141-3970 |
| Thomas | Hantges | 47 Nightshade Ct | Henderson | NV | 89074-1723 |
| Jon | Harrison | 1921 Sondrio Dr. | Las Vegas | NV | 89134-2593 |
| Jesse | Hennigan | 7424 Desertscape Avenue | Las Vegas | NV | 89178 |
| Rafael | Hinojosa | 970 S Rupert Ave | Reedley | CA | 93654 |
| Susan | Hjorth | 7424 Desertscape Avenue | Las Vegas | NV | 89178 |
| Kent | Horvatis | 2522 Machado Drive | Henderson | NV | 89074 |
| Richard | Howe | POB 60052 | Las Vegas | NV | 89160 |
| Lois | Hughes | 5156 W Tropicana Ave #1012 | Las Vegas | NV | 89103-7001 |
| Randy | Isenhart | 37 Cougar Dr # A | Glen Carbon | IL | 62034-2914 |
| Gloria | Ivey | 5600 E Russell Rd Unit 3016 | Las Vegas | NV | 89122-8023 |
| Thomas | Jaime | 10566 Santerno St | Las Vegas | NV | 89141-4206 |
| Debra | Jeffrey | 7630 Brilliant Forest St | Las Vegas | NV | 89131-5008 |
| Kristy | Johnson | 975 Seven Hills Dr | Las Vegas | NV | 89052 |
| Michael | Johnston | 9620 W Russell Rd Apt 2004 | Las Vegas | NV | 89148-4508 |
| Timothy | Judge | 7951 W. Charleston Apt. 35 | Las Vegas | NV | 89112 |
| Lisa | Kayvon | 10229 Dupage Ave | Las Vegas | NV | 89135-2160 |
| Sally | Kealy | 8725 Red Rio Dr Unit 103 | Las Vegas | NV | 89128-8434 |
| Stanley | Kenney | 210 Hemet Creek Drive | Calispell | MT | 59901 |
| Joan | Ketchum | 3225 Cooper Creek | Henderson | NV | 89074 |
| Tina | Kim | 4846 Knollwood | Las Vegas | NV | 89147 |
| James | Klavis | 5596 Villa Lucia Ct | Las Vegas | NV | 89141-0425 |

| First | Last | Address | City | State | Zip |
|---|---|---|---|---|---|
| Marlene | Knoll | 1836 Golden Vista Drive | Las Vegas | NV | 89123 |
| L. | Kollmer | 3180 S. Tenaya Way | Las Vegas | NV | 89117 |
| Gary | Koors | 9101 W Sahara Ave Ste 105 i1 | Las Vegas | NV | 89117-5799 |
| Melody | Koury | 2151 High Mesa Drive | Henderson | NV | 89012 |
| Lauren | Kratz | 4250 Arville St., Apt. 205 | Las Vegas | NV | 89103 |
| Bruce | Kronenberg | 108 S Mallard St | Las Vegas | NV | 89107-2652 |
| Gary | Laizure | 8240 Aylesbury Ave | Las Vegas | NV | 89129 |
| Don | Lanning | 5003 Tilden Dr. #102 | Sherman Oaks | CA | 91423 |
| Charles | Larned | 4250 Arville St. #205 | Las Vegas | NV | 89103 |
| Brian | Latham | 346 Cart Crossing Way | Las Vegas | NV | 89140-5212 |
| Lynne | Latman | 8528 Sierra Cima Ln | Las Vegas | NV | 89120 |
| Secounda | Lawson | 4372 Melrose Abbey Pl | Las Vegas | NV | 89141-4100 |
| AnnJane | Lazare | 11145 Vivid Avenue | Las Vegas | NV | 89144 |
| Michael | Leber | 4317 Boratko St | Las Vegas | NV | 89115-2324 |
| Francine | Lemos aka Karch | 3318 Carl Rd | Franklin | TN | 37064-9534 |
| Robert | Levitt | Pob 370906 | Las Vegas | NV | 89137 |
| Sarah | Lewis | 8817 Valley Creek Dr | Las Vegas | NV | 89134-0372 |
| Linda | Lezak | 3478 Paradise Rd #122 | Las Vegas | NV | 89169-2701 |
| Robert | Lincoln | 7890 Muldrow St | Las Vegas | NV | 89139-5783 |
| Raweewan | Lindner | 9522 Wooded Hills Dr | Las Vegas | NV | 89148-4259 |
| John | Lindros, | 2251 S. Ft. Apache Rd #2011 | Las Vegas | NV | 89148 |
| Julie | Lisle | 9335 Furnace Gulch Ave | Las Vegas | NV | 89178-6248 |
| Robert, Jr. | Lord | Hcr 33 Box 2625 | Las Vegas | NV | 89161 |
| Daniel | Lozano | 2818 Allesandro St | Los Angeles | CA | 90039-3405 |
| Lucien | Luber | 811 Bridger Avenue #154 | Las Vegas | NV | 89101 |
| Solomon | Luna | 5421 E Harmon Ave, A-16 | Las Vegas | NV | 89122-6058 |
| Michael | Maiella | 2761 Brienza Way | Las Vegas | NV | 89117-3689 |
| Moushir | Manious | 3030 Panorama Ridge Dr | Henderson | NV | 89052-3115 |
| Michael | Mares | 350 E Desert Inn Rd G202 | Las Vegas | NV | 89109-9025 |
| Rodney | Martin | 4041 Aaron Scott St | N Las Vegas | NV | 89032-0264 |
| Tadeo | Martinez | 6709 Megan Ave | Las Vegas | NV | 89108-5451 |
| Patricia | Maurer | 2143 Bannerwood St | Henderson | NV | 89044-0152 |
| Sandra | Maurer | Hc 3 Box 3280 | Theodosia | MO | 65761-9720 |
| Bernice | May | 9400 Bermuda Road #234 | Las Vegas | NV | 89123 |
| Shannon | May | 8550 W. Desert Inn Rd., #102-219 | Las Vegas | NV | 89117 |
| Richard | McBride | 225 Pancho Via | Henderson | NV | 89012 |
| Michele | McCarty | 3751 South Nellis Blvd., Space 144 | Las Vegas | NV | 89121 |
| Tammie | McConnell, | 138 Fogg St | Las Vegas | NV | 89110 |
| Donald | McCracken | 930 N. Tamami Trail Apt 714 | Sarasota | FL | 34236-4059 |
| Ronald | McMillan | 122 Jessup Rd, Apt 4102 | Henderson | NV | 89074-3291 |
| Derleth, | Michael | 3241 Roesch Blvd., Unit J | Fairfield | OH | 45014 |
| Joshua | Michaelson | 1407 Operetta Way | Las Vegas | NV | 89119 |
| Vicky Lyn | Miller | 1520 Smith St. | Las Vegas | NV | 89108 |
| Ronald | Miner | 8991 Odense Way | Las Vegas | NV | 89147-6003 |
| Miroslava | Moore | 6259 Copper Light St | N. Las Vegas | NV | 89081 |

| | | | | | |
|---|---|---|---|---|---|
| Saundra | Morris | 9030 W Sahara Ave #277 | Las Vegas | NV | 89117-5744 |
| Larry | Moskowitz | 865 Celebration Dr | Las Vegas | NV | 89123-0939 |
| Brett | Myers | 2801 Main St. #409 | Irvine | CA | 92614 |
| Vincent | Myers | 1825 Blackhawk Rd | Las Vegas | NV | 89108-2504 |
| Joyce | Neal | 1704 Armdore St. | Las Vegas | NV | 89104 |
| William | Nelson | POB 1287 | Jerome | AZ | 86631 |
| Nenci | Nevarez | 8701 Country View Ave | Las Vegas | NV | 89129-7675 |
| Sonia | Nunez | 4200 S. Valley View, Apt. 2090 | Las Vegas | NV | 89103 |
| Daisy | O'Halloran | 2600 S. Town Center Dr. #2136 | Las Vegas | NV | 89135-2081 |
| Thomas | O'Halloran | 2600 S. Town Center Dr. Apt. 2081 | Las Vegas | NV | 89145-8527 |
| Donald | Onyett | 8725 W Flamingo Rd. #136 | Las Vegas | NV | 89147-8673 |
| Shelton | Parker | 150 Fratelli Ave | Las Vegas | NV | 89183-5534 |
| Alcine | Perryman-Burow | 6509 Painted Desert Dr | Las Vegas | NV | 89108-5754 |
| Timothy | Petersen | 10413 Chimney Flat Ct | Las Vegas | NV | 89129-4527 |
| Reginald | Pierce | 16 W. 486 Lake Drive. #104 | Willowbrook | IL | 60527 |
| Patricia | Pierro | 2525 Goldenmoon St | Las Vegas | NV | 89108-4479 |
| Brenda | Pisciotta | 1349 Cedar Berry Ct. | Henderson | nv | 89012-5902 |
| Karen | Rabin | 2220 Costa Palma Avenue | North Las Vegas | NV | 89031 |
| Larry | Rallings | POB 364541 | North Las Vegas | NV | 89036-8541 |
| Gabriela | Ramzi | 9193 Hombard Avenue | Las Vegas | NV | 89148 |
| John | Rance | 4792 E Utah Ave | Las Vegas | NV | 89104-5926 |
| Stephen | Randolph | POB 12092 | Lahaina | HI | 96761 |
| Marc | Razmdjou | 10550 W Alexander Rd | Las Vegas | NV | 89129-3500 |
| Deborah | Remezani | 7625 Butterscotch Cir | Las Vegas | NV | 89131-1710 |
| Myer | Rickless | 660 Veteran Ave. #311 | Los Angeles | CA | 90024 |
| Michael | Ries | 2241 Grayson Cir | Henderson | NV | 89014-5006 |
| Karen | Rios | 8225 Grassy Point Cir | Las Vegas | NV | 89145-4560 |
| Carlos | Rivera | 10450 Melon Cactus St | Las Vegas | NV | 89141-8628 |
| Ricky | Rivera | 4753a Judson Ave | Las Vegas | NV | 89115-5518 |
| Patricia | Robinson | POB 80482 | Las Vegas | NV | 89180 |
| Robert | Rosales | 380 Upland Blvd | Las Vegas | NV | 89107-2655 |
| Sara | Rose | 7728 Scoby Ct | Las Vegas | NV | 89147-5191 |
| John | Rubenstein | 1504 Chaparral Summit Drive | Las Vegas | NV | 89117 |
| Laila | Saddic | 9551 Summer Furnace St | Las Vegas | NV | 89178-6246 |
| Gabriel | Salamanca | 36 Chateau Whistler Ct | Las Vegas | NV | 89148-2729 |
| Stephanie | Samuelson | 3375 Vema Drive | Las Vegas | NV | 89121-5137 |
| Lisa L | Sanders | 919 Single Tree Dr. | Las Vegas | NV | 89123 |
| Kathleen | Sandman-Cerar | 650 N Atlantic Ave Apt 706 | Cocoa Beach | FL | 32931-3141 |
| Michael | Sattari | 1421 N. Jones Blvd. | Las Vegas | NV | 89109-1610 |
| Gita | Saval | 4050 Pacific Harbors Dr., #111 | Las Vegas | NV | 89121-4134 |
| Vino | Saval | 4050 Pacific Harbors Dr., #111 | Las Vegas | NV | 89121 |
| William | Shelling | 7065 W. Ann Rd. Ste 130 | Las Vegas | NV | 89130-4990 |
| Jeffrey | Shenkel | 2654 W. Horizon Ridge Pkwy Ste b5 | Henderson | NV | 89052 |
| Kathleen | Shenkel | 2654 W. Horizon Ridge Pkwy Ste b5 | Henderson | NV | 89052 |

| First | Last | Address | City | State | Zip |
|---|---|---|---|---|---|
| Robert D | Sherman | 9021 Barnwell Ave. | Las Vegas | NV | 89149 |
| Armond | Shian | 6317 Markleham Ave | Las Vegas | NV | 89130-7289 |
| Raymond | Shian | 6317 Markleham Ave | Las Vegas | NV | 89130-7289 |
| Karen | Shinohara | 1300 Amesti Road | Corralitos | CA | 95076 |
| Kimberly | Silva | 2341 Huntsville Dr | Las Vegas | NV | 89134-0433 |
| Dianna | Skinner | 2297 Fayetteville Ave | Henderson | NV | 89052-8766 |
| Nathan | Smith | 9000 Las Vegas Blvd S Apt 1134 | Las Vegas | NV | 89123-6400 |
| Pamela | Smith | 2404 Sunrise Meadows Drive | Las Vegas | NV | 89134 |
| Thomas | Smith | 5894 E Carey Ave | Las Vegas | NV | 89156-5755 |
| John | Sobarnia | 5355 Edmond St Apt 1059 | Las Vegas | NV | 89118-6058 |
| Joseph | Solis | POB 3662 | La Puente | CA | 91744 |
| Linda | Stoddard | 2440 Granada Bluff Ct | Las Vegas | NV | 89135-1341 |
| Raj | Sunder | 4575 Dean Martin Dr Unit 3205 | Las Vegas | NV | 89103-8214 |
| Stephanie | Suta | POB 37131 | Raleigh | NC | 27627-7131 |
| Rose | Toscano | 1407 Operetta Way | Las Vegas | NV | 89119 |
| Binh | Tran | 9216 Lost Shanty Ct. | Las Vegas | NV | 89178 |
| Myra | Tromello | 4904 Pulsar Ct | Las Vegas | NV | 89130-1820 |
| Perry | Turpin | 5204 Wapiti Point Ct | Las Vegas | NV | 89130-1589 |
| Travis | Turpin | 2271 Ripresa Pl | Henderson | NV | 89052 |
| Joseph | Unsworth | 8144 Memory Lake Ave | Las Vegas | NV | 89178-3826 |
| Shoushanna | Vagarshakian | 5085 W Desert Inn Rd | Las Vegas | NV | 89146-8153 |
| Richard | Veitengruber | 2539 Masters Circle | Las Vegas | NV | 89142 |
| Daniel | Ward | 2268 Mccoig Ave | Las Vegas | NV | 89119 |
| Lita | Warner | 5125 W. Reno Avenue #1039 | Las Vegas | NV | 89118 |
| Chris | Weaver | 75-6172 Papla Place | Kailua-kona | HI | 96740 |
| Suzanne | Weaver | 75-6172 Papala Place | Kailua-kona | HI | 96740 |
| Steven | Weisberg | 7766 Little Valley Ave | Las Vegas | NV | 89147-4998 |
| John | Wells | 2700 Las Vegas Blvd. S., #1707 | Las Vegas | NV | 89109-1161 |
| Howard | Western | 330 Medio Ct | Henderson | NV | 89014-5132 |
| Joe D | Whitaker | 4617 Madreperla St. | Las Vegas | NV | 89121-5440 |
| Amos | Williams | 3171 Burnham Ave | Las Vegas | NV | 89169-2526 |
| Donna | Williams | 7821 Sea Rock Rd | Las Vegas | NV | 89128 |
| Leslie | Williams | 9655 Las Vegas Blvd S #117 | Las Vegas | NV | 89123-3386 |
| Ronnie | Williams | 330 Plaza Estival | San Clemente | CA | 92672 |
| Sharonda | Willis | 6555 Boulder Hwy H6308 | Las Vegas | NV | 89122 |
| Pamela A | Zahner | 23131 Coconut Shores Drive | Bonita Springs | FL | 34134-9107 |
| Mary | Zegers | 510 Walnut Port Pl | Henderson | NV | 89052-2815 |